UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

GUYLAN CRAWFORD,

Defendant.

_____/

Violation: 18 U.S.C. § 922(g)(1)

Case: 2:26-cr-20447
Assigned To : McMillion, Brandy R.
Referral Judge: Altman, Kimberly G.
Assign. Date : 7/15/2026
Description: IND USA V GUYLAN
CRAWFORD (SS)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about September 13, 2025, in the Eastern District of Michigan, Southern Division, the defendant, GUYLAN CRAWFORD, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one CMMG Inc. MK10 10mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant

1

to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of violating Title 18, United States Code, Section 922(g), as charged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to: one CMMG Inc. MK10 10mm pistol.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/Frankie Dame*
Frankie Dame
Assistant United States Attorney

Dated: July 15, 2026

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

Case: 2:26-cr-20447
Assigned To : McMillion, Brandy R.
Referral Judge: Altman, Kimberly G.
Assign. Date : 7/15/2026
Description: IND USA V GUYLAN CRAWFORD (SS)

NOTE: It is the responsibility of the Assistant U.S. Attorney si~ respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: s/*F.D.* |

**Case Title:**  U.S. v. Guylan Crawford

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

| July 15, 2026 | |
|---|---|
| Date | Frankie Dame<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>Frank.Dame@usdoj.gov<br>(313) 226-9526<br>Bar #: P81307 |